# United States Court of Appeals
## For the First Circuit

No. 08-2177

UNITED STATES OF AMERICA,

Appellee,

v.

JULIO CARTAGENA,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court issued on January 29, 2010 is amended as follows:

On p. 7, line 23: Replace "three consecutive 150 month terms" with "three concurrent 150 month terms".

On p. 13, n. 4, line 1: Replace "Although we agree with the district court's decision to suppress" with "Although we agree with the district court's decision not to suppress".